## Bengt E. Nergaard

| | |
|---|---|
| **From:** | Charles R Weber <operations@crweber.com> |
| **Sent:** | Monday, January 25, 2016 10:22 AM |
| **To:** | Bengt E. Nergaard |
| **Cc:** | CRW Operations Dept; Heidmar Demurrage; Joe Garin |
| **Subject:** | DA YUAN HU/Tesroro c/p dated 5 May 2015 - Notice of arbitration |

Good day,

DA YUAN HU/Tesroro c/p dated 5 May 2015 - Notice of arbitration

Noted with thanks.  Reverting with charterer's comments due course.
Regards,
Richard Perlman
C R Weber Co., Inc.

```
Original Msg.: 3748873
Original From: "Bengt E. Nergaard" <Bengt.Nergaard@HEIDMAR.com>
Original To: "'operations@crweber.com'" <operations@crweber.com>
Original CC: Heidmar Demurrage <demurrage@HEIDMAR.com>, Joe Garin <joe.garin@heidmar.com>
Original Date: Monday, January 25, 2016 10:07
Original Subj: RE: DA YUAN HU/Tesroro c/p dated 5 May 2015 - Notice of arbitration
```

> ========= *Original Message* ======== <

Please note a misprint in line 5, which should read: "Charterers should now appoint their arbitrator within 14 days ..."
Sorry about that!

**From:** Bengt E. Nergaard
**Sent:** Monday, January 25, 2016 9:59 AM
**To:** 'operations@crweber.com'
**Cc:** Heidmar Demurrage; Joe Garin
**Subject:** DA YUAN HU/Tesroro c/p dated 5 May 2015 - Notice of arbitration

Reference is made to previous exchanges re Owners' demurrage claim.
As It is very clear that the parties have fundamental differences of opinion on the issues discussed and it seems sensible to seek the guidance of independent arbitrators to conclusively clarify these for the future.
Owners have therefore now appointed Mr. Robert Shaw as their arbitrator, and I would kindly ask you to inform Charterers accordingly and confirm when this has been done.
Charterers should not appoint their arbitrator within 14 days, failing which Owners will apply to the Court to have an arbitrator appointed in their place.
Charterers should also be advised that Owners will add interest for late payment and reimbursement of legal fees and costs to their claim for demurrage.
Thank you in advance.
Kind regards,
Bengt E. Nergaard

1

# Bengt E. Nergaard

| | |
|---|---|
| **From:** | Bengt E. Nergaard |
| **Sent:** | Monday, January 25, 2016 10:05 AM |
| **To:** | 'Darrell.M.Franz@TSOcorp.com' |
| **Cc:** | 'tankerops@ssyny.com'; Heidmar Demurrage; Joe Garin |
| **Subject:** | DA YUAN HU/Tesoro - c/p 9 June 2015 - Notice of Arbitration |

Reference is made to previous exchanges re Owners' demurrage claim.
As it is very clear that the parties have fundamental differences of opinion on the issues discussed and it seems sensible to seek the guidance of independent arbitrators to conclusively clarify these for the future.
Owners have therefore now appointed Mr. Robert Shaw as their arbitrator.
Charterers should appoint their arbitrator within 14 days, failing which Owners will apply to the Court to have an arbitrator appointed in their place.
Charterers should also be advised that Owners will add interest for late payment and reimbursement of legal fees and costs to their claim for demurrage.
Thank you in advance.
Kind regards,
Bengt E. Nergaard

# Bengt E. Nergaard

| | |
|---|---|
| **From:** | Tankers Claims Houston <claims@houston.clarksons.com> |
| **Sent:** | Tuesday, January 26, 2016 9:34 AM |
| **To:** | Bengt E. Nergaard |
| **Cc:** | Heidmar Demurrage; Joe Garin |
| **Subject:** | RE: DA MING HU/Tesoro - c/p 4 June 2015 - Notice of arbitration |
| **Attachments:** | image001.jpg |

Good day

Ref below have passed same to charterers

Regards,
Pam Pavone
Demurrage and Claims
Clarksons Platou Shipbroking
T : +713.235.7400
M : +832-784-3920
IM: tracbrat2
www.clarksons.com
Clarksons Platou Shipping Services USA, LLC | 1333 West Loop S | Suite 1525 | Houston, TX | 77027 | USA

---

**From:** Bengt E. Nergaard [mailto:Bengt.Nergaard@HEIDMAR.com]
**Sent:** Monday, January 25, 2016 9:01 AM
**To:** Tankers Claims Houston
**Cc:** Heidmar Demurrage; Joe Garin
**Subject:** DA MING HU/Tesoro - c/p 4 June 2015 - Notice of arbitration

Reference is made to previous exchanges re Owners' demurrage claim.
As It is very clear that the parties have fundamental differences of opinion on the issues discussed and it seems sensible to seek the guidance of independent arbitrators to conclusively clarify these for the future.
Owners have therefore now appointed Mr. Robert Shaw as their arbitrator, and I would kindly ask you to inform Charterers accordingly and confirm when this has been done.
Charterers should not appoint their arbitrator within 14 days, failing which Owners will apply to the Court to have an arbitrator appointed in their place.
Charterers should also be advised that Owners will add interest for late payment and reimbursement of legal fees and costs to their claim for demurrage.
Thank you in advance.
Kind regards,
Bengt E. Nergaard

---

This message is private and confidential. If you have received it in error, you are on notice of its status. Please notify us immediately by reply email and then delete this message from your system. Please do not copy it or use it for any purposes, or disclose its contents to any other person: to do so could be a breach of confidence.

Emails may be monitored.

Details of Clarkson group companies and their regulators (where applicable) can be found at this url: Disclosure

1

